**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO. 18-cv-61212-BLOOM/Valle**

IN RE:

Complaint of WATER SHUTTLE, LLC and
WATER TAXI OF FT. LAUDERDALE, LLC
for Exoneration from or Limitation of Liability
as Owner and Charter of a 1988 Oldport 26' Passenger
Vessel Bearing Hull Indentification No. FL5004HE,

      Petitioners.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Claimant Diane Harton's Unopposed Motion to Lift Stay of State Court Proceedings, ECF No. [12]. The Court having carefully reviewed Motion, the Court file, and is fully advised. It is **ORDERED AND ADJUDGED** as follows:

1.    Claimant Diane Harton's Unopposed Motion to Lift Stay of State Court Proceedings, **ECF No. [12]**, is **GRANTED.**

2.    The injunction staying and restraining prosecution, except in the above-styled action, of any action connected with the casualty as set forth in the Petition, *see* ECF No. [6] at 5, is quashed;

3.    The Stipulations of the Claimant Diane Horton in Support of Motion to Lift Stay Limitation of Liability and to Lift Injunction Restraining Actions Against Petitioners, ECF No [12-1], are adopted and approved, and its provisions are incorporated by reference in this Order;

4.    The above-styled action is administratively **CLOSED**.  The Clerk shall **CLOSE**

CASE NO. 18-cv-61212-BLOOM/Valle

this case for administrative purposes only;

5.      Any pending motions are **DENIED** as moot.   Any pending deadlines are **TERMINATED**;

6.      The parties are permitted to reopen this case upon the conclusion of the state court action.

**DONE AND ORDERED** in Miami, Florida this 21st day of August, 2018.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record